IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREAT NORTHERN INSURANCE CO., as Subrogee of Croatian Fraternal Union of America, | ) ) ) ) Civil Action No. 06-90 |
| Plaintiff, | ) Judge Terrence F. McVerry ) Magistrate Judge Lisa Pupo Lenihan |
| v. | ) ) |
| ADT SECURITY SERVICES, INC., | ) ) |
| Defendant. | ) ) |

## ORDER

For the reasons set forth in the Court's opinion filed this 17th day of September, 2007,

**IT IS ORDERED, ADJUDGED AND DECREED** that Defendant's Motion for Summary Judgment (Doc. No. 13) is **GRANTED IN PART AND DENIED IN PART**. Said motion is DENIED as to the issue of whether the "Limitation of Liability" provision is part of the parties' bargain, but the motion is GRANTED in all other respects.

Dated: September 17, 2007               BY THE COURT:


                                        s/ Terrence F. McVerry
                                        United States District Judge